UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61899-CIV-ROSENBAUM/HUNT

FRANTZ DANIEL,

       Plaintiff,

v.

LOWE'S HOME CENTERS, INC.,

       Defendant.
_____/

**ORDER REQUIRING PLAINTIFF TO CLARIFY ISSUES ON APPEAL**

This matter is before the Court upon Plaintiff's Motion and Accompanying Affidavit for Permission to Appeal *In Forma Pauperis* [D.E. 72].  The Federal Rules of Appellate Procedure require appellants seeking to proceed *in forma pauperis* to submit an affidavit that, among other things, "states the issues that the party intends to present on appeal."  Fed. R. App. P. 24(a)(1)(C).  Plaintiff filled out a form affidavit and stated his issues on appeal as follows:

> My discrimination case has been denied by Florida District Court Judge.  Please I would like the appeals will take a fresh look at my case and make a fair and impartial decision.

D.E. 72 at 1.

      The Court recognizes that Plaintiff is proceeding *pro se* and that his pleadings and papers are to be construed broadly.  Even with a liberal reading, however, the Court cannot discern from the Plaintiff's statement what issues he intends to pursue on appeal.  Accordingly, it is **ORDERED and ADJUDGED** that, before the Court rules on his motion, Plaintiff shall file a supplemental statement

clarifying the specific issues he seeks to present in his appeal.  Plaintiff shall file this statement with the Court **on or before March 27, 2013**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 13th day of March 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Patrick M. Hunt

Counsel of Record

Frantz Daniel, *pro se*
640 Cecina Way
Apartment D
Kissimmee, FL 34741